1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11  TRAVIS LONGLEY,                          Case No.  1:24-cv-00860-KES-CDB
12              Plaintiff,
                                             ORDER DIRECTING PARTIES TO CONFER
13       v.                                  AND FILE JOINT REPORT REGARDING
                                             CASE MANAGEMENT
14  HPC INDUSTRIAL SERVICES, LLC,
                                             ORDER VACATING SCHEDULING
15              Defendant.                   CONFERENCE
16                                           (Doc. 9)
17                                           **14-DAY DEADLINE**
18  _____              Case No. 1:24-cv-01479-KES-CDB
19  DEREK MOSS,
20              Plaintiff,                    ORDER DIRECTING PARTIES TO CONFER
                                             AND FILE JOINT REPORT REGARDING
21       v.                                  CASE MANAGEMENT
22  HPC INDUSTRIAL SERVICES, LLC, *et*       **14-DAY DEADLINE**
    *al.,*
23
                Defendants.
24  _____
25
26       Following the filing by Defendant HPC Industrial Services of a notice of related cases in

27  these two actions, on January 17, 2025, District Judge Kirk E. Sherriff assigned the actions to

28  himself and the undersigned.  *See* (Case No. 1:24-cv-00860-KES-CDB ("*Longley* Action"), Doc.

                                        1

1    11).  An order relating cases under this Court's Local Rule 123 merely assigns them to the same

2    district judge and magistrate judge, and no consolidation of cases is yet affected.

3    **Joint Report**

4         In their joint scheduling report, the parties in the *Longley* Action state as follows:

5
         Given the significant overlap of claims and defenses in both the *Moss* action and
6        the instant case, there will likely be significant overlap of discovery and trial
         proceedings which may result in consolidation of the two cases. While the Parties
7        are submitting this Joint Report in recognition of the deadline and to comply with
         the Court's previous Order, they are separately requesting the Court jointly address
8        *Moss* and *Longley* at a single conference in early 2025, or address both cases in a
         single Scheduling Order.
9

10   (*Longley* Action, Doc. 12 at 2).

11        The parties to the *Longley* Action have represented these actions are related, with

12   significant overlap of discovery and trial proceedings. *See also* (Case No. 1:24-cv-01479-

13   KES-CDB ("Moss Action"), Doc. 24).  Additionally, the Court notes that both actions seek

14   certification of a putative class.  *See* (*Longley* Action, Doc. 12); (*Moss* Action, Doc. 18).

15        As such, the Court will direct the parties in both the *Longley* Action and the *Moss*

16   Action to meet and confer and file a joint report within 14 days of issuance of this order,

17   outlining a proposed joint discovery and class certification motion timeline.   In the

18   alternative, the parties may explain why the two actions should proceed on independent

19   timelines.   Additionally, the parties shall address their respective positions concerning

20   consolidation of the actions.

21   **Scheduling Conference**

22        Due to the foregoing issues regarding discovery and class certification, and for the parties

23   to comply with the requirements of the joint report addressed above, the initial scheduling

24   conference currently set for January 29, 2025 (*Longley* Action, Doc. 9) is hereby vacated, to be

25   reset as appropriate upon the Court's receipt of the parties' joint report.

26   ///

27   ///

28   ///

2

1    **<u>Conclusion and Order</u>**

2          Accordingly, for the foregoing reasons, it is HEREBY ORDERED as follows:

3        1.  The initial scheduling conference currently set for January 29, 2025 (*Longley* Action,

4            Doc. 9), is VACATED.

5        2.  **Within 14 days** of issuance of this order, the parties in both actions shall file a joint

6            report: (1) outlining a single joint discovery and class certification motion timeline for

7            both cases or, in the alternative, explaining why such a timeline should be held

8            separately for each action, and (2) addressing their respective positions concerning

9            consolidation.

10    IT IS SO ORDERED.

11      Dated:   **January 24, 2025**                             

12                                          UNITED STATES MAGISTRATE JUDGE